THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LESTER MEYERS, Appellant.

Argued October 5, 1955; decided October 20, 1955.

*David Farber* for appellant.

*T. Vincent Quinn, District Attorney* (*George J. Regan* of counsel), for respondent.

Judgments reversed and information dismissed upon the ground that there is not sufficient evidence to find the defendant guilty beyond a reasonable doubt. No opinion.

Concur: CONWAY, Ch. J., FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. DESMOND, J., dissents and votes to affirm. Taking no part: DYE, J.